In re  **Harvey I Malkin**                                   Case No.   <u>2:15-bk-14011</u>
                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re **Harvey I Malkin**                                   Case No.    **2:15-bk-14011**
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account No. 7691<br>Wells Fargo Bank<br>Tatum and Shea | H | $270.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit on Residence<br>Landlords - Gerry and John Dillingham | J | $9,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bed - King<br>Home | H | $300.00 |
| | | TV's (2) - Flat Screen<br>Home | H | $600.00 |
| | | Dressers<br>Home | H | $200.00 |
| | | Couch | H | $500.00 |

In re **Harvey I Malkin**                                    Case No.   **2:15-bk-14011**
                                                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Home | | |
| | | Coffee Table<br>Home | H | $50.00 |
| | | Computer<br>Home | H | $300.00 |
| | | Table and Chairs<br>Home | H | $200.00 |
| | | Silverware, Dishes, Pots and Pans, Glasses, Cutlery<br>Home | H | $100.00 |
| | | Small Kitchen Appliances | H | $100.00 |
| | | Sofa and Coffee Table<br>Home | H | $800.00 |
| | | Table Chairs<br>Home | H | $150.00 |
| | | Bed<br>Home | H | $150.00 |
| | | Dresser<br>Home | H | $50.00 |
| | | TV<br>Home | H | $150.00 |
| | | Washer and Dryer<br>Home | H | $400.00 |
| | | Patio Furniture<br>Home | H | $200.00 |
| | | Bedding, Towels, Linens | H | $300.00 |

In re **Harvey I Malkin**                    Case No. __2:15-bk-14011_____
                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Home | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing Apparel Home | H | $300.00 |
| 7. Furs and jewelry. | | Wedding Ring Home | H | $400.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Gym Equipment Home | H | $800.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re **Harvey I Malkin**                                  Case No. <u>2:15-bk-14011</u>
                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | National Roof Management Services, Inc.<br>Subchapter S Corporation - Reported as K1<br>Debtor owns One-Third<br>Since Debtor left CA, the Corporation has made little to no income, and has no value. | H | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Spouse's Disposable Earnings<br>Husband's Community Property Share<br>Wife's Employer:  Arizona Family Hospice, LLC<br>15551 N. Greenway-Hayden Loop, Ste. 155<br>Scottsdale, AZ 85260 | H | $500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **Harvey I Malkin**                                   Case No.    **2:15-bk-14011**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2014 BMW X5 Home | J | $74,084.00 |

In re  **Harvey I Malkin**                                    Case No.  <u>2:15-bk-14011</u>
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Laptop<br>Home | H | $300.00 |
| | | Printer<br>Home | H | $300.00 |
| | | File Cabinet<br>Home | H | $50.00 |
| | | Office Supplies - Paper, Files, Pens, Etc.<br>Home | H | $150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____<u>5</u>_____ continuation sheets attached                                    Total >          **$90,704.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Harvey I Malkin**                                                    Case No.   **2:15-bk-14011**
                                                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Checking Account No. 7691<br>Wells Fargo Bank<br>Tatum and Shea | Ariz. Rev. Stat. § 33-1126(A)(9):  One single bank account (except child support obligation) | $270.00<br>300.00 | $270.00 |
| Security Deposit on Residence<br>Landlords - Gerry and John Dillingham | Ariz. Rev. Stat. § 33-1126(C):  Prepaid rent and security deposits for debtor's residence (lesser of $2,000 or 1-1/2 months rent (except child support obligation) (cannot be claimed if homestead exemption is claimed) | $2,000.00<br>2,000.00 | $9,000.00 |
| Bed - King<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $300.00<br>300.00 | $300.00 |
| TV's (2) - Flat Screen<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $600.00<br>600.00 | $600.00 |
| Dressers<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic | $200.00<br>200.00 | $200.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$3,370.00** | **$10,370.00** |

In re  **Harvey I Malkin**                                     Case No.   **2:15-bk-14011**
                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | | |
| Couch Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $500.00 500.00 | $500.00 |
| Coffee Table Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $50.00 50.00 | $50.00 |
| Computer Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $300.00 300.00 | $300.00 |
| Table and Chairs Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $200.00 200.00 | $200.00 |
| | | $4,420.00 | $11,420.00 |

In re **Harvey I Malkin**                              Case No.   **2:15-bk-14011**
                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Silverware, Dishes, Pots and Pans, Glasses, Cutlery<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $100.00<br>100.00 | $100.00 |
| Small Kitchen Appliances | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $100.00<br>100.00 | $100.00 |
| Sofa and Coffee Table<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $800.00<br>800.00 | $800.00 |
| Table Chairs<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $150.00<br>150.00 | $150.00 |
| Bed<br>Home | Ariz. Rev. Stat. § 33-1123:  Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a | $150.00<br>150.00 | $150.00 |
| | | $5,720.00 | $12,720.00 |

In re **Harvey I Malkin**                      Case No.   **2:15-bk-14011**
                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | dependent of the debtor ($6,000 aggregate value) | | |
| Dresser Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $50.00 50.00 | $50.00 |
| TV Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $150.00 150.00 | $150.00 |
| Washer and Dryer Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $400.00 400.00 | $400.00 |
| Patio Furniture Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | $200.00 200.00 | $200.00 |
| Bedding, Towels, Linens Home | Ariz. Rev. Stat. § 33-1123: Household furniture and furnishings, household goods, including consumer electronic | $300.00 300.00 | $300.00 |
| | | $6,820.00 | $13,820.00 |

In re **Harvey I Malkin**                                 Case No.    **2:15-bk-14011**
                                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| | devices, and household appliances personally used by the debtor or a dependent of the debtor ($6,000 aggregate value) | | |
| Wearing Apparel<br>Home | Ariz. Rev. Stat. § 33-1125(1): Wearing apparel | $300.00<br>300.00 | $300.00 |
| Wedding Ring<br>Home | Ariz. Rev. Stat. § 33-1125(4): Engagement and wedding rings | $400.00<br>400.00 | $400.00 |
| Spouse's Disposable Earnings<br>Husband's Community Property Share<br>Wife's Employer: Arizona Family Hospice, LLC<br>15551 N. Greenway-Hayden Loop, Ste. 155<br>Scottsdale, AZ 85260 | Ariz. Rev. Stat. § 23-755(D): Wages salary and other income ($50 per week and $15 dollars per week for each dependent | $0.00<br>375.00 | $500.00 |
| Laptop<br>Home | Ariz. Rev. Stat. § 33-1130(1): Necessary tools, equipment, instruments and books used in business or profession by debtor or spouse (does not include personal motor vehicle) | $300.00<br>300.00 | $300.00 |
| Printer<br>Home | Ariz. Rev. Stat. § 33-1130(1): Necessary tools, equipment, instruments and books used in business or profession by debtor or spouse (does not include personal motor vehicle) | $300.00<br>300.00 | $300.00 |
| File Cabinet<br>Home | Ariz. Rev. Stat. § 33-1130(1): Necessary tools, equipment, instruments and books used in business or profession by debtor or spouse (does not include personal motor vehicle) | $50.00<br>50.00 | $50.00 |
| | | $8,170.00 | $15,670.00 |

In re  **Harvey I Malkin**                                         Case No.   **2:15-bk-14011**
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Office Supplies - Paper, Files, Pens, Etc. Home | Ariz. Rev. Stat. § 33-1130(1): Necessary tools, equipment, instruments and books used in business or profession by debtor or spouse (does not include personal motor vehicle) | $150.00 150.00 | $150.00 |
| | | $8,320.00 | $15,820.00 |

In re **Harvey I Malkin**                    Case No.    2:15-bk-14011
                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxnown<br><br>**BMW Financial Servicex**<br>**5550 Britton Parkway**<br>**Hillard, OH 43026** | X | C | 7/23/15<br>**Purchase Money / Agreement**<br>**2014 BMW X5**<br>**Home**<br><br>VALUE:                     $74,084.00 | | | | $86,759.34 | $12,675.34 |
| ACCT #: xxx-xx-2194<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | H | **2009**<br>**1040 Taxes / Statutory Lien**<br>**Tax Lien - 2009 Income Taxes**<br><br>VALUE:                     $0.00 | | | | $1,822.13 | $1,822.13 |

_____1_____ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this Page) > | $88,581.47 | $14,497.47 |
| Total (Use only on last page) > | | |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-2194<br><br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | H | **2010**<br>**1040 Taxes / Statutory Lien**<br>**Tax Lien - 2010 Income Taxes**<br><br><br>VALUE:                    $0.00 | | | | $23,102.82 | $23,102.82 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $23,102.82 | $23,102.82 |
| Total (Use only on last page) > | $111,684.29 | $37,600.29 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re **Harvey I Malkin**                                    Case No.    <u>2:15-bk-14011</u>
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re  **Harvey I Malkin**                                          Case No.    **2:15-bk-14011**
                                                                                    (If Known)

☐ **Deposits by individuals**
  Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
  Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Harvey I Malkin**        Case No. <u>**2:15-bk-14011**</u>

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-2194<br>Arizona Department of Revenue<br>1600 W. Monroe, Room 720<br>Phoenix, AZ 85007 | | H | 2012<br>2012 Income Taxes | | | | $1,395.00 | $1,395.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>Arizona Department of Revenue<br>1600 W. Monroe, Room 720<br>Phoenix, AZ 85007 | | H | 2013<br>2013 Income Taxes | | | | $8,070.00 | $8,070.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>Arizona Department of Revenue<br>1600 W. Monroe, Room 720<br>Phoenix, AZ 85007 | | H | 2014<br>2014 Income Taxes | | | | $6,051.00 | $6,051.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | H | 2011<br>2011 Income Taxes | | | | $25,179.00 | $25,179.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | H | 2012<br>2012 Income Taxes | | | | $29,405.00 | $29,405.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | H | 2013<br>2013 Income Taxes | | | | $68,929.00 | $68,929.00 | $0.00 |

Sheet no. <u>1</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >   $139,029.00   $139,029.00   $0.00

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-2194<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | H | 2014<br>2014 Income Taxes | | | | $56,837.00 | $56,837.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>State of California<br>Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 85135-0260 | | H | 2011<br>2011 Income Taxes | | | | $4,746.00 | $4,746.00 | $0.00 |
| ACCT #: xxx-xx-2194<br>State of California<br>Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 85135-0260 | | H | 2012<br>2012 Income Taxes | | | | $2,901.00 | $2,901.00 | $0.00 |
| ACCT #: xxxxxxxxx6386<br>State Of California<br>Franchise Tax Board<br>P.O. Box 942840<br>Sacramento, CA 94240-0000 | | H | 2011, 2012, 2013<br>Taxes | X | | X | $22,519.66 | $5,000.00 | $17,519.66 |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $87,003.66 | $69,484.00 | $17,519.66 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

In re  **Harvey I Malkin**                                    Case No.  **2:15-bk-14011**
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Domestic Support Obligations |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>Jean Carol Zinck<br>1107 Hwy 1431, #295<br>Marble Falls, TX 79654 | | C | Sept. 9, 2015<br>Spousal Support | | | | $40,000.00 | $40,000.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | Subtotals (Totals of this page) > | $40,000.00 | $40,000.00 | $0.00 |
|---|---|---|---|---|---|
| | | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $266,032.66 | | |
| | | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $248,513.00 | $17,519.66 |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxx5285**<br>**Barclays Bank Delaware**<br>**125 S. West St.**<br>**Wilmington, DE 19801** | | H | **2006**<br>**Credit Card** | | | | **$20,959.00** |
| ACCT #:  **xxxx1895**<br>**CACH, LLC**<br>**4340 S. Monaco St., Unit 2**<br>**Denver, CO 80237** | | H | **2012**<br>**Collection Account** | | | | **$3,394.00** |

_____3_____ continuation sheets attached

Subtotal > | **$24,353.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1944**<br>**Calvary Portfolio Service**<br>**P.O. Box 27288**<br>**Tempe, AZ 85258** | | H | **2015**<br>**Collection Account** | | | | $3,242.00 |
| ACCT #:  **xxxx7279**<br>**Capital One Bank USA NA**<br>**15000 Capital One Drive**<br>**Richmond, VA 23238** | | H | **2001**<br>**Credit Card** | | | | $2,567.00 |
| ACCT #:  **xxxx2492**<br>**Capital One Bank USA NA**<br>**15000 Capital One Drive**<br>**Richmond, VA 23238** | | H | **2002**<br>**Credit Card** | | | | $6,006.00 |
| ACCT #:  **xxxxxxx8768**<br>**CBNA**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | | H | **1996 - 2014**<br>**Revolving Credit Account** | | | | $526.00 |
| ACCT #:  **xxxx1602**<br>**Citi Bank Credit Card**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | H | **2009**<br>**Credit Card** | | | | $6,897.00 |
| ACCT #:  **xxxx9884**<br>**Citibank/Staples**<br>**c/o ARS National Services, Inc.**<br>**P.O. Box 469100**<br>**Escondido, CA 92046-9100** | | H | **2013**<br>**Credit Card** | | | | $5,436.96 |

Sheet no. _____1_____ of _____3_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $24,674.96

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Harvey I Malkin**

Case No.   **2:15-bk-14011**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2341**<br>**Convergent Outsourcing**<br>**800 SW 39th Street**<br>**Renton, WA 98057** | | H | **2014**<br>**Collection Account** | | | | $499.00 |
| ACCT #:<br>**First National Collection Bureau, Inc.**<br>**610 Waltham Way**<br>**Sparks, NV 89434** | | H | **2014-2015**<br>**Verizon Telephone Service** | | | | $163.65 |
| ACCT #:  **xx4339**<br>**Jefferson Capital Systems**<br>**16 McLeland Road**<br>**St. Cloud, MN 56303** | | H | **2015**<br>**Bulk Purchase Account** | | | | $163.00 |
| ACCT #:  **xx5865**<br>**Kenneth Eisen & Assoc.**<br>**777 E. Missouri Ave., Ste. 1**<br>**Phoenix, AZ 85014** | | H | **2015**<br>**Collection Account** | | | | $1,242.00 |
| ACCT #:  **xxxxxxxx1317**<br>**Kohl's/Capital One**<br>**N56 W  17000 Ridgewood Dr.**<br>**Menomonee Falls, WI 53051** | | H | **2005**<br>**Revolving Credit Account** | | | | $2,419.00 |
| ACCT #:  **xxxx7002**<br>**MCYDSNB**<br>**9111 Duke Blvd.**<br>**Mason, OH 45040** | | H | **2007**<br>**Revolving Credit Account** | | | | $1,647.00 |

Sheet no. ___2___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $6,133.65

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xx6357<br>**Midland Funding**<br>2365 Northside Dr., Ste. 30<br>San Diego, CA 92108 | | H | 2014<br>Collection Account | | | | $1,296.00 |
| ACCT #: xxxxxxxx1611<br>**Portfolio Recovery Associates**<br>210 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502 | | H | 2013<br>Collection Account | | | | $3,116.00 |
| ACCT #: xxxxxxxx5316<br>**SYNCB/Chevron**<br>P.O. Box 965015<br>Orlando, FL 32896 | | H | 1976 - Present<br>Revolving Credit Account | | | | $2,020.00 |
| **Representing:**<br>SYNCB/Chevron | | | Nationwide Credit, Inc.<br>P.O. Box 26314<br>Lehigh Valley, PA 18002-6314 | | | | Notice Only |
| ACCT #: xxxxxxxx0047<br>**US Collections West Inc.**<br>2320 W. Peoria Ave., Ste. C1<br>Phoenix, AZ 85029 | | H | 2015<br>Collection Account | | | | $141.00 |
| | | | | | | | |

Sheet no. <u>3</u> of <u>3</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $6,573.00 |
| Total > | $61,734.61 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Harvey I Malkin**                                    Case No. <u>2:15-bk-14011</u>
                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **John and Gerry Dillingham**<br>Dillingham Law, PLLC<br>4835 E. Cactus Road, Ste. 260<br>Scottsdale, AZ 85254 | 2 Year Lease on Residence beginning 4/15/2015 through 4/15/2017<br>Contract to be ASSUMED |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Susanne N. Schaeffer-Malkin**<br>4721 E. Caron Street<br>Phoenix, AZ 85028-0000 | **BMW Financial Services**<br>5550 Britton Parkway<br>Hillard, OH 43026 |
| **Spouse Name Not Entered** | **BMW Financial Services**<br>5550 Britton Parkway<br>Hillard, OH 43026 |

**Fill in this information to identify your case:**

| Debtor 1 | Harvey | I | Malkin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): **2:15-bk-14011**

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | Consultant | |
| Employer's name | | Self | Arizona Family Hospice, LLC |
| Employer's address | | 4721 E. Caron Street | 15551 N. Greenway-Hayden Loop |
| | | Number Street | Number Street |
| | | Phoenix   AZ   85028 | Scottsdale   AZ   85260 |
| | | City   State   Zip Code | City   State   Zip Code |
| How long employed there? | | 10 years | 2 Years |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $5,417.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $5,417.00 |

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................. ➔ 4. | $0.00 | $5,417.00 |
| **5.** | List all payroll deductions: | | |
| | 5a.  Tax, Medicare, and Social Security deductions    5a. | $0.00 | $0.00 |
| | 5b.  Mandatory contributions for retirement plans    5b. | $0.00 | $0.00 |
| | 5c.  Voluntary contributions for retirement plans    5c. | $0.00 | $0.00 |
| | 5d.  Required repayments of retirement fund loans    5d. | $0.00 | $0.00 |
| | 5e.  Insurance    5e. | $0.00 | $0.00 |
| | 5f.  Domestic support obligations    5f. | $0.00 | $0.00 |
| | 5g.  Union dues    5g. | $0.00 | $0.00 |
| | 5h.  Other deductions. Specify: _____  5h. + | $0.00 | $0.00 |
| **6.** | Add the payroll deductions.  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. | $0.00 | $0.00 |
| **7.** | Calculate total monthly take-home pay.  Subtract line 6 from line 4.    7. | $0.00 | $5,417.00 |
| **8.** | List all other income regularly received: | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**    8a. | $28,468.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b.  Interest and dividends    8b. | $0.00 | $0.00 |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d.  Unemployment compensation    8d. | $0.00 | $0.00 |
| | 8e.  Social Security    8e. | $0.00 | $0.00 |
| | 8f.  **Other government assistance that you regularly receive** Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____  8f. | $0.00 | $0.00 |
| | 8g.  Pension or retirement income    8g. | $0.00 | $0.00 |
| | 8h.  Other monthly income. Specify: _____  8h. + | $0.00 | $0.00 |
| **9.** | Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. | $28,468.00 | $0.00 |
| **10.** | Calculate monthly income.  Add line 7 + line 9. .................................    10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $28,468.00 + | $5,417.00 = $33,885.00 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12. $33,885.00

Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain:    None.

Case 2:15-bk-14011-MCW    Doc 13    Filed 11/16/15    Entered 11/16/15 19:52:08    Desc
Main Document        Page 28 of 35

8a.  Attached Statement (Debtor 1)

### Harvey Maklin Consulting

**Gross Monthly Income:**                                                                   $30,062.84

| Expense | Category | Amount |
|---|---|---|
| Business Travel and Misc. Expenses | Travel and Supplies | $1,594.84 |

**Total Monthly Expenses**                                                                  $1,594.84

**Net Monthly Income:**                                                                     $28,468.00

**Fill in this information to identify your case:**

| Debtor 1 | Harvey | I | Malkin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known)  **2:15-bk-14011**

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Souse | Adult | ☐ No  ☑ Yes |
| Stepdaughter | 13 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

**Part 2:**  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. ....................................  4.  **$6,000.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes ....................................................................................  4a.  _____

   4b.  Property, homeowner's, or renter's insurance ...................................  4b.  _____

   4c.  Home maintenance, repair, and upkeep expenses ...............................  4c.  _____

   4d.  Homeowner's association or condominium dues ..................................  4d.  _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $500.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $300.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $500.00 |
| | 6d.  Other.  Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | $750.00 |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $300.00 |
| 10. | **Personal care products and services** | 10. | $225.00 |
| 11. | **Medical and dental expenses** | 11. | $2,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | $1,300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $100.00 |
| 15. | **Insurance.**  Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $500.00 |
| | 15b.  Health insurance | 15b. | $750.00 |
| | 15c.  Vehicle insurance | 15c. | $300.00 |
| | 15d.  Other insurance.  Specify: _____ | 15d. | |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $9,685.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1  **Wife's Car Lease Pymt.** | 17a. | $1,406.27 |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: _____ | 17c. | |
| | 17d.  Other.  Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | $900.00 |
| | Support - 2 former spouses | | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

Debtor 1   **Harvey** _____   **I** _____   **Malkin** _____   Case number (if known)   <u>**2:15-bk-14011**</u> _____

First Name                       Middle Name           Last Name

**21. Other.**  Specify: _____   21.  **+** _____

**22. Your monthly expenses.**   Add lines 4 through 21.
The result is your monthly expenses. ........................................................   22.   | $26,016.27 |

**23. Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I. .................   23a.   <u>$33,885.00</u>

    23b.  Copy your monthly expenses from line 22 above. .................................   23b.  **–** <u>$26,016.27</u>

    23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income. .................................................   23c.   | <u>$7,868.73</u> |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑  No.
    ☐  Yes.   | Explain here:
**None.** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re  **Harvey I Malkin**

Case No.  **2:15-bk-14011**

Chapter  **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $90,704.00 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $111,684.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $266,032.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $61,734.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $33,885.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $26,016.27 |
| TOTAL | | 32 | $90,704.00 | $439,451.56 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re **Harvey I Malkin**

Case No.    **2:15-bk-14011**

Chapter    **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $40,000.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $226,032.66 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $266,032.66 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $33,885.00 |
| Average Expenses (from Schedule J, Line 22) | $26,016.27 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $35,479.85 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $37,600.29 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $248,513.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $17,519.66 |
| 4. Total from Schedule F | | $61,734.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $116,854.56 |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **34**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **11/16/2015**

Signature  *Harvey D Malkin*

**Harvey I Malkin**

Date _____

Signature _____

[If joint case, both spouses must sign.]

---

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ of the _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _____

Signature _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*