```
                              United States Bankruptcy Court
                                     District of Arizona
In re:                                                              Case No. 15-14011-MCW
Harvey I Malkin                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0970-2          User: rootk             Page 1 of 2            Date Rcvd: Nov 17, 2015
                              Form ID: nch13pln       Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2015.
```
db          +Harvey I Malkin,    4721 E. Caron Street,    Phoenix, AZ 85028-5512
cr          +BMW Bank of North America , Inc.,    c/o Windtberg & Zdancewicz, PLC,    P.O. BOX 201347,
              ARLINGTON, TX 76006-1347
13817461    +Barclays Bank Delaware,    125 S. West St.,    Wilmington, DE 19801-5014
13817466    +CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13817465    +Capital One Bank USA NA,   15000 Capital One Drive,    Richmond, VA 23238-1119
13817467    +Citi Bank Credit Card,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
13817468    +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
13817469    +First National Collection Bureau, Inc.,    610 WALTHAM WAY,    Sparks, NV 89434-6695
13817470   +++INTERNAL REVENUE SERVICE,   PO BOX 7346,    PHILADELPHIA PA 19101-7346
13817471    +Jean Carol Zinck,   1107 Hwy 1431, #295,    Marble Falls, TX 78654-5006
13817459    +John and Gerry Dillingham,    Dillingham Law, PLLC,    4835 E. Cactus Road, Ste. 260,
              Scottsdale, AZ 85254-4198
13817473    +Kenneth Eisen & Assoc.,    777 E. Missouri Ave., Ste. 1,    Phoenix, AZ 85014-2830
13817475    +MCYDSNB,   9111 Duke Blvd.,   Mason, OH 45040-8999
13817476    +Midland Funding,   2365 Northside Dr., Ste. 30,    San Diego, CA 92108-2709
13817477     Portfolio Recovery Associates,    210 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
13817480    +Susanne N. Schaeffer-Malkin,    4721 E. Caron Street,    Phoenix, AZ 85028-5512
13817482   ++U S COLLECTIONS WEST INC,    2320 W PEORIA AVE #C116,    PHOENIX AZ 85029-4767
             (address filed with court: US Collections West Inc.,     2320 W. Peoria Ave., Ste. C1,
               Phoenix, AZ 85029)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcynotices@azdor.gov Nov 18 2015 00:43:00     AZ DEPARTMENT OF REVENUE,
              BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
13817460    +E-mail/Text: bankruptcynotices@azdor.gov Nov 18 2015 00:43:01     Arizona Department of Revenue,
              1600 W. Monroe, Room 720,    Phoenix, AZ 85007-2650
13817462    +E-mail/Text: bankruptcynotices@bmwfs.com Nov 18 2015 00:44:51     BMW Financial Servicex,
              5550 Britton Parkway,    Hillard, OH 43026-7456
13817463    +E-mail/Text: ebn@squaretwofinancial.com Nov 18 2015 00:44:52     CACH, LLC,
              4340 S. Monaco St., Unit 2,    Denver, CO 80237-3408
13817464    +E-mail/Text: bankruptcy@cavps.com Nov 18 2015 00:44:42     Calvary Portfolio Service,
              P.O. Box 27288,    Tempe, AZ 85285-7288
13818047    +E-mail/Text: bankruptcy@cavps.com Nov 18 2015 00:44:42     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13826377     E-mail/Text: cio.bncmail@irs.gov Nov 18 2015 00:43:35     Internal Revenue Service,
              P.O. Box 21126,    Philadelphia, PA 19114
13817472     E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 18 2015 00:44:34     Jefferson Capital Systems,
              16 McLeland Road,    St. Cloud, MN 56303
13817474    +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 18 2015 00:43:27     Kohl's/Capital One,
              N56 W  17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
13839272     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 18 2015 00:58:03
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13817481    +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2015 00:50:48     SYNCB/Chevron,    P.O. Box 965015,
              Orlando, FL 32896-5015
13817479    +E-mail/Text: BKBNCNotices@ftb.ca.gov Nov 18 2015 00:45:37     State Of California,
              Franchise Tax Board,    P.O. Box 942840,    Sacramento, CA 94240-0001
13817478    +E-mail/Text: BKBNCNotices@ftb.ca.gov Nov 18 2015 00:45:37     State of California,
              Franchise Tax Board,    P.O. Box 942867,    Sacramento, CA 94267-0001
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2015                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2015 at the address(es) listed below:

    EDWARD J. MANEY    courtecf@maney13trustee.com
    GERVAIS R. BRAND    on behalf of Debtor Harvey I Malkin grbrand@me.com, G15432@notify.cincompass.com
    U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV

    TOTAL: 3

FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                      Case No.: 2:15−bk−14011−MCW

Harvey I Malkin                 Chapter: 13
4721 E. Caron Street
Phoenix, AZ 85028
**SSAN:** xxx−xx−2194
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

    Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1.    Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003 |
| Address of Debtor(s) | Harvey I Malkin<br>4721 E. Caron Street<br>Phoenix, AZ 85028 |
| Address of Debtor(s) Attorney | GERVAIS R. BRAND<br>BRAND AND ASSOCIATES, PLLC<br>8889 E. Bell Road, Suite 210<br>Scottsdale, AZ 85260 |

                − − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: November 17, 2015**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**