**GARY R. STICKELL,**
**Attorney At Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceeding |
| HARVEY I. MALKIN, | No. 2:15-bk-14011 MCW |
| Debtor. | **STIPULATION TO SUBSTITUTION OF COUNSEL** |

SSN: XXX-XX-2194
4721 E. Caron Street
Phoenix, AZ 85028

**IT IS STIPULATED** by and between the undersigned counsel that GARY R. STICKELL of the firm Gary R. Stickell, Attorney at Law, P.C. will be substituted as attorney of record for all further proceedings in the above-captioned matter for Debtor, HARVEY I. MALKIN. A consent of the client is attached.

**RESPECTFULLY SUBMITTED** _____

| | |
|---|---|
| **BRAND & ASSOCIATES, PLLC** | **GARY R. STICKELL,** **Attorney At Law, P.C.** |
| _/s/ Gervais R. Brand_ | |
| Gervais R. Brand | G.R.S. #7512 |
| Brand & Associates, PLLC | Gary R. Stickell, |
| 8889 E. Bell Road, Ste 210 | Gary R. Stickell, Attorney At Law, P.C. |
| SCOTTSDALE, AZ 85260 | 301 E. Bethany Home Road, Suite B100 |
| | Phoenix, Arizona 85012 |

## CONSENT OF CLIENT

Consent is hereby given for the substitution of **GARY R. STICKELL** in place of Gervais R. Brand, as my attorney of record for all further proceedings in the above-captioned matter.

Date: 1-21-2016

*Harvey I. Malkin* (signature)
Harvey I. Malkin