**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622
Fax: (480) 287-9607
Email: gstickell@garystickell.net

Gary R. Stickell
AZ Bar #007512
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**HARVEY I. MALKIN,**<br><br>**Debtor.** | Chapter 13 Proceeding<br><br>No. 2:15-bk-14011 MCW |
| SSN: XXX-XX-7816<br>4721 E. Caron Street<br>Phoenix, AZ 85028 | **DEBTOR'S OBJECTION TO LODGED ORDER OF DISMISSAL** |

Debtor, by and through his attorney undersigned, objects to the Lodged Order of Dismissal. Debtor acknowledges that he is delinquent in his Chapter 13 plan payments.

Undersigned counsel was recently hired to examine conversion and Debtor is scheduled for an angiogram January 25, 2016 and potential bypass surgery this week.

For these reasons and no others, Debtor objects to the Trustee's Lodged Order of Dismissal and requests a 21 day extension for converting this matter and/or complying with the Trustee's requirements.

///

///

DATED: January 25, 2016

GARY R. STICKELL,
ATTORNEY AT LAW, P.C.

By: G.R.S. #7512
Attorney for Debtors

Original Electronically
filed January 25, 2016

Copy of the foregoing
mailed January 25, 2016, to:

Edward J. Maney
CHAPTER 13 TRUSTEE
101 N. 1st Avenue, Suite 1775
PHOENIX, AZ 85003

/s/G.R.S. #7512

- 2 -