**STEVE BROWN & ASSOCIATES,** LLC
1414 EAST INDIAN SCHOOL ROAD, SUITE 200
PHOENIX, ARIZONA 85014
(602) 264-9224

Steven J. Brown (#010792) sbrown@sjbrownlaw.com
Steven D. Nemecek (#015219) snemecek@sjbrownlaw.com
*Attorneys for Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HARVEY I. MALKIN,<br><br>          Debtor. | In Proceedings Under Chapter 7<br><br>Case No. 2:15-bk-14011-MCW<br><br>**TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS; DECLARATION OF STEVEN J. BROWN IN SUPPORT** |

Trustee Maureen Gaughan respectfully alleges:

1. Applicant is the duly qualified and appointed Chapter 7 Trustee.

2. To perform her duties, Trustee requires the services of attorneys for the following purposes:

    a. To advise and consult with her concerning questions arising in the conduct of the administration of the estate and concerning her rights and remedies with regard to the estate's assets and the claims of secured, priority, and unsecured creditors, and other parties in interest;

    b. To appear for, prosecute, defend, and represent her interests in actions arising in or related to this case;

    c. To investigate and prosecute preference and other actions arising under the Trustee's avoiding powers;

d. To assist in the preparation of such pleadings, motions, notices, and orders as are required for the orderly administration and/or liquidation of the estate.

3. For the foregoing and all other necessary and proper purposes, Trustee desires to retain Steven J. Brown of the law firm of Steve Brown & Associates, LLC as counsel for the Trustee.

4. Because Steven J. Brown specializes in bankruptcy and debtor/creditor matters, and because of his expertise in those fields, Trustee believes that said law firm and attorney are well qualified to render the foregoing services.

5. Based upon the Declaration attached hereto, Trustee believes that Mr. Brown, assisted by other members and associates of his law firm, do not hold or represent any interest adverse to that of the Trustee or the Debtor or the estate and that said law firm is a disinterested person within the meaning of 11 U.S.C. § 101. Trustee is informed that the hourly billing rates charged to the estate will be $330 per hour for Steven J. Brown, $300 per hour for Steven D. Nemecek, and $145 per hour for their paralegal. It is contemplated that said attorneys will seek compensation based upon normal and usual hourly billing rates. Billing rates are subject to periodic, ordinary course, year-end increases commensurate with increases in the firm's rates. Trustee is informed and believes that the hourly rates of Mr. Brown and Steve Brown & Associates, LLC are reasonable in light of the current hourly rate charged by other attorneys in the bankruptcy area. It is further contemplated that said attorneys will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

6. The Court has the power to authorize employment of Steven J. Brown pursuant to 11 U.S.C. § 327(a) which states in pertinent part:

> [T]he trustee, with the court's approval, may employ one or more . . . attorneys . . . or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

WHEREFORE, Trustee prays that she be authorized to employ Steven J. Brown of Steve Brown & Associates, LLC as her attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow upon application or applications to be filed by said attorneys.

DATED this 3rd day of November, 2016.

By /s/ Maureen Gaughan
    Maureen Gaughan
    Post Office Box 6729
    Chandler, AZ 85246
    Trustee

Copy of the foregoing electronically filed and served via email this 3rd day of November, 2016, on:

Gary R. Stickell
301 East Bethany Home Road, Suite B100
Phoenix, AZ 85012
gstickell@garystickell.net
Attorney for Debtor

Christopher J. Pattock
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
christopher.j.pattock@usdoj.gov

By /s/ Karen Flaaen

# DECLARATION OF STEVEN J. BROWN

I, Steven J. Brown, declare:

1. I am an attorney duly admitted to practice before all courts of the State of Arizona, as well as this Court, the U.S. District Court for the Western District of Texas, and the Courts of Appeal for the Ninth and Fifth Circuits.

2. I am the managing member of Steve Brown & Associates, LLC, the law firm that the Trustee is seeking to employ generally by the Application to which this Declaration is attached. All of the attorneys of this law firm are similarly duly admitted to practice in this state and before this Court.

3. I have extensive experience in bankruptcy, insolvency corporate reorganization, and debtor/creditor law. I am a certified expert in Arizona in business bankruptcies. The firm is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the annexed Application.

4. The law firm of Steve Brown & Associates, LLC, its members and its associates, do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested person as defined in 11 U.S.C. § 101.

5. Neither the firm nor any of its members has a pre-petition or other claim against the estate.

6. Neither the firm nor any of its members has any connection with the Debtor.

7. We have not received a retainer from the Debtor, the estate, a principal of the Debtor, or a third party.

8. We do not have any interests adverse to the Trustee, the estate, or the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2016, at Phoenix, Arizona.

        /s/ Steven J. Brown